**CV04-1263 L-O**

WESTERN DISTRICT OF LOUISIANA
FILED
JUN 1 0 2004
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

| | |
|---|---|
| RICHARD LAFLEUR | CIVIL DOCKET NO. 04-C-1810-A |
| VS | 27TH JUDICIAL DISTRICT COURT |
| LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY d/b/a BLUE CROSS BLUE SHIELD OF LOUISIANA | **JUDGE MELANÇON** |
| | ST. LANDRY PARISH, LOUISIANA |
| | **MAGISTRATE JUDGE HILL** |

### PETITION FOR HEALTH CARE INSURANCE BENEFITS, PENALTIES and ATTORNEYS FEES

The petition of **RICHARD LAFLEUR**, a resident of Eunice, St. Landry Parish, with respect represents:

1.

The defendant herein is **LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY d/b/a BLUE CROSS BLUE SHIELD OF LOUISIANA**, a Louisiana insurance company licensed to and doing business in the State of Louisiana, hereinafter referred to as "BLUE CROSS".

2.

That on or about May 7, 2001, petitioner suffered an injury and has incurred medical, skilled nursing and other health care expenses since that date.

3.

That at the time of petitioner's injury, the defendant, Blue Cross, had issued a hospitalization policy, bearing Policy No 79984-000, Contract No. 4367084751, which said hospitalization policy was in full force and effect and applied to the health care expenses incurred by petitioner since May 7, 2001.

4.

Pursuant to said policy, the defendant, Blue Cross, paid all benefits due to petitioner including those for skilled nursing care until said benefits were terminated on May 23, 2003.

5.

That the decision to refuse the payment of said benefits was erroneous and without cause and that the defendant is liable to petitioner for all health care expenses due under the terms of the policy since curtailment of those benefits in May, 2003.

Pucheu Pucheu & Robinson, L.L.P.
Attorneys at Law
105 Park Avenue
P.O. Box 1109
Eunice, Louisiana
70535-1109
Telephone: (337) 457-9075
Fax: (337) 457-4856

A TRUE COPY
_____
Dy. Clerk

St. Landry Parish Clerk of Court's Office
Filed April 29, 20 04
_____
Dy. Clerk

6.

Defendant has ceased to pay benefits due since said time and has refused to pay benefits upon amicable demand by petitioner and after submission of medical records and/or doctor's reports, which establish that the refusal to pay benefits is without cause.

7.

Further, that defendant's conduct in refusing to pay benefits makes defendant liable to petitioner for the health care expenses since May, 2003, plus statutory penalties and attorneys fees provided under La. R.S. 22:657 and other laws of the State of Louisiana.

8.

Alternatively, upon information and belief, the hospitalization policy issued by Blue Cross was part of an Employee Welfare Benefit Plan The Family Clinic, Inc.'s employees subject to regulations under the Employee Retirement Income Section Act, hereinafter referred to as "ERISA", 29 USCA 1109, et seq.

9.

That petitioner brings this action under Title 29, Section 1132 (a) (3) of the United States Code as an alternative plea, if not also under Louisiana law.

10.

That Blue Cross' termination of payment of benefits under the said policy was appealed by written request to Blue Cross and said claim has been refused and denied on two levels.

11.

That this action is brought under **29 USCA 1132 (a) (l) (B)** to recover benefits due petitioner under the terms of the long term group disability insurance policy and to enforce his rights under the terms of same and to clarify his rights for future benefits under said policy.

12.

Further, that in accordance with **29 USCA 1132 (g)**, petitioner requests that in addition to the monthly benefits requested herein, he also be awarded attorneys fees and costs for the prosecution of this action.

WHEREFORE, petitioner prays that after due proceedings had, there be judgment herein in his favor and against the defendant, **LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY d/b/a BLUE CROSS BLUE SHIELD OF LOUISIANA**, ordering the defendant to resume payment of hospitalization, skilled nursing care and all other health care expenses due under the terms of the policy, from May, 2003 and continuing until further order issue from this court, and, further, assessing the defendant with penalties provided for under La. R.S. 22:757 and other laws of the State of Louisiana and reasonable

Putheu, Puchet & Robinson L.L.P.
Attorneys at Law
106 Park Avenue
P.O. Box 1109
Eunice, Louisiana
70535-1109
Telephone (337) 457-9075
Fax (337) 457-4858

attorneys fees or, alternatively, that said assessments be made for attorneys fees and costs under 29 USCA 1132 (g), and for all general and equitable relief.

ATTORNEYS FOR PLAINTIFF,
PUCHEU, PUCHEU & ROBINSON, L.L.P.

BY: *(signature)*
Jacque B. Pucheu, Jr.
P. O. Box 1109
Eunice, Louisiana 70535-1109
Telephone: 337-457-9075

Please serve defendant:
**LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY d/b/a BLUE CROSS BLUE SHIELD OF LOUISIANA**
thru its agent for service of process:
Mr. W. Fox McKeithen
Secretary of State
3851 Essen Lane
Baton Rouge, Louisiana 70809

St. Landry Parish Clerk of Court's Office
Filed April 29, 2004
Linda Brown
Dy. Clerk

*(signature) Aimee L. Vidrine*

Pucheu, Pucheu & Robinson, L.L.P.
Attorneys at Law
106 Park Avenue
P. O. Box 1109
Eunice, Louisiana
70535-1109
Telephone (337) 457-9075
Fax (337) 457-4656