UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Richard LaFleur | Civil Action No. 04-CV-1263 |
| versus | Judge Tucker L. Melançon |
| Louisiana Health Service and Indemnity Co., et al | Magistrate Judge C. Michael Hill |

**JUDGMENT OF FINAL DISMISSAL**

Considering the parties' Joint Motion For Dismissal With Prejudice [Rec. Doc. 48], it is

**ORDERED** that the Motion is **GRANTED** and all the claims of plaintiff, Richard LaFleur, in the matter against Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana are **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED on this 14th day of October, 2009 in Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE